IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAMONDA WILSON,

    Plaintiff,

v.                                                CASE NO. 1:06-cv-00237–MP-AK

BELK, INC.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Joint Stipulation of Dismissal.  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, parties may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties.  Here, this was done.  Further, the parties have expressly stipulated that dismissal is with prejudice.  Therefore, the Clerk is directed to close this case.

**DONE AND ORDERED** this   *20th* day of April, 2007

                       *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge